1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
   JOE ANGELO (SBN 268542)
2  **SAGARIA LAW, P.C**.
   2033 Gateway Place, 6th Floor
3  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
4
5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| FARAH ESPANOLA, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:16-CV-04632-LHK <br><br> STIPULATION TO DISMISS DEFENDANT FIRST NATIONAL CREDIT CARD, INC.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    IT IS HEREBY STIPULATED by and between plaintiff Farah Espanola and defendant First National Credit Card, Inc., that First National Credit Card, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT FIRST NATIONAL CREDIT CARD, INC.; PROPOSED ORDER -

1

DATED:  February 3, 2017          Sagaria Law, P.C.

                                  By:  _____/s/ Elliot W. Gale_____
                                           Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Ian Soloman


DATED:  February 3, 2017          The Dunning Law Firm


                                  By:  _____/s/ Donald Dunning_____
                                           Donald Dunning
                                  Attorneys for Defendant
                                  First National Credit Card, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Donald Dunning has concurred in this filing.

*/s/ Elliot Gale*


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant First National Credit Card, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED:_____          _____
                                  LUCY H. KOH
                                  UNITED STATES DISTRICT JUDGE


STIPULATION TO DISMISS DEFENDANT FIRST NATIONAL CREDIT CARD, INC.; PROPOSED ORDER -
2