1 | SCOTT J. SAGARIA (SBN 217981)
  | ELLIOT W. GALE (SBN 263326)
2 | JOE ANGELO (SBN 268542)
  | **SAGARIA LAW, P.C**.
3 | 2033 Gateway Place, 6th Floor
  | San Jose, CA 95110
4 | 408-279-2288 ph: 408-279-2299 fax
5 | Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| FARAH ESPANOLA, | Case No.: 5:16-CV-04632-LHK |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT FIRST NATIONAL CREDIT CARD, INC.; ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  IT IS HEREBY STIPULATED by and between plaintiff Farah Espanola and defendant First National Credit Card, Inc., that First National Credit Card, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT FIRST NATIONAL CREDIT CARD, INC.; PROPOSED ORDER -

1

DATED:  February 3, 2017          Sagaria Law, P.C.

                                  By:   */s/ Elliot W. Gale*
                                        Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Ian Soloman


DATED:  February 3, 2017          The Dunning Law Firm



                                  By:   */s/ Donald Dunning*
                                        Donald Dunning
                                  Attorneys for Defendant
                                  First National Credit Card, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Donald Dunning has concurred in this filing.

*/s/ Elliot Gale*


### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant First National Credit Card, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED:  February 3, 2017          *Lucy H. Koh*
                                  LUCY H. KOH
                                  UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT FIRST NATIONAL CREDIT CARD, INC.; PROPOSED ORDER -

2